UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**BREANDEN BENESCHOTT**

    **Plaintiff,**

v.                                                                                               CASE NO.: 2:19-cv-662-FtM-29NPM

**TASO DU VAL, an individual, and
TOPTAL LLC, a Delaware Limited Liability
Company**

    **Defendants.**
_____/

**<u>DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT</u>**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of person, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Toptal, LLC, Defendant

    Taso Du Val

    Peter W. Zinober, Esquire (*Counsel for Defendant, Toptal, LLC*)
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    100 North Tampa Street, Suite 3600
    Tampa, Florida 33602
    Telephone: (813) 289-1247
    Email: peter.zinober@ogletree.com

    Lara J. Peppard, Esquire (*Counsel for Defendant, Toptal, LLC*)
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    100 North Tampa Street, Suite 3600

Tampa, Florida 33602
Telephone: (813) 289-1247
Email: lara.peppard@ogletree.com

Breanden Beneschott, Plaintiff

Anne Marie Estevez, Esquire (*Counsel for Plaintiff*)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131
Telephone: (305) 415-3330
Email: aestevez@morganlewis.com

Martha Leibell, Esquire (*Counsel for Plaintiff*)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131
Telephone: (305) 415-3330
Email: martha.leibell@morganlewis.com

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff alleges he is so entitled but Defendants deny he is.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify

that I have inserted "None" if there is no actual or potential conflict of interest.

Dated this 24th day of September, 2019.

                    Respectfully submitted,

                    */s/Peter W. Zinober*
                    Peter W. Zinober, Esquire
                    Florida Bar No.: 121750
                    Lara J. Peppard
                    Florida Bar No.: 520055
                    OGLETREE, DEAKINS, NASH,
                        SMOAK & STEWART P.C.
                    100 North Tampa Street, Suite 3600
                    Tampa, Florida 33602
                    Telephone: 813.289.1247
                    Facsimile: 813.289.6530
                    Email: peter.zinober@ogletree.com
                    Email: lara.peppard@ogletree.com
                    *Attorneys for Defendant Toptal, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2019, I filed the foregoing with the Court using the CM/ECF System.

                    */s/Peter W. Zinober*
                    Attorney

40101946.1